UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BENJAMIN FULCHER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cause No. 1:18-cv-2380-JPH-MPB |
| ) | |
| CORNERSTONE MARBLE & GRANITE LLC, ) | |
| ) | |
| Defendant. ) | |

> The Court acknowledges the Joint Stipulation of Dismissal with Prejudice, dkt. 19.
> JPH, 1/14/2019
> Distribution via ECF

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendant, by counsel, hereby jointly stipulate and agree that all claims asserted by or against them shall be dismissed with prejudice, with each party to pay their own attorneys' fees, costs and expenses.

Respectfully submitted,

/s/ Amy L. Cueller
Amy L. Cueller
LEMBERG LAW, L.L.C.
43 Danbury Road
Wilton, CT 06897
Telephone: (203)653-2250
Fax: (203)653-3424
acueller@lemberglaw.com

*Attorneys for Plaintiff*

/s/ Debra A. Mastrian
Debra A. Mastrian, Atty. No. 17863-30A
Suzanne S. Newcomb, Atty. No. 20290-41
SMITHAMUNDSEN LLC
Capital Center, South Tower
201 North Illinois Street, Suite 1400
Indianapolis, IN 46204
Telephone: (317) 464-4100
Email: dmastrian@salawus.com
       snewcomb@salawus.com

*Attorneys for Defendant*